UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------x  05-CV-4821(JG)(KAM)
U2 HOME ENTERTAINMENT, INC.,

        Plaintiff,

   vs.

WONDER FOREVER INTERNATIONAL GROUP,
INC. and JIE XHAO

        Defendants.
------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 30 2005 ★
BROOKLYN OFFICE

**ORDER UNSEALING COURT FILE**

WHEREAS, by Order of this Court dated October 19, 2005, the file of this case was to be sealed pending the execution of the Order of Seizure; and

WHEREAS, the Court having been advised by plaintiff's counsel that on October 31, 2005 the Order of Seizure was executed, it is hereby

ORDERED, that the file of this case is unsealed.

Dated: Brooklyn, New York
       November ___, 2005

                              s/John Gleeson    11-14-05
                              United States District Judge